**Gray & Associates, L.L.P.**
ATTORNEYS AT LAW
16345 West Glendale Drive
New Berlin, WI 53151-2841
(414) 224-8404
FAX (414) 224-1279

September 7, 2022

The Honorable Beth Ermatinger Hanan
U.S. Bankruptcy Judge
517 E. Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4500

    RE:    Adrian Jordan Montgomery and Chauncey Syvoata Montgomery
             Chapter: 13
             Case No. 18-23813-beh

Dear Judge Hanan:

On January 10, 2020, the court entered an order which directed the debtors to make their monthly mortgage payments to U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, in a timely manner. In the event such payments were not made, the motion for relief from the automatic stay could be renewed by written request. The mortgage was subsequently assigned to our client, U.S. Bank Trust National Association as trustee for Brackenridge Mortgage Trust. A copy of the order is enclosed for your review.

The motion is hereby renewed. Our client informs us that the mortgage payments are delinquent from April 2022 to present. In this regard, please see the enclosed payment ledger. By copy of this letter, we are informing the parties listed below of these developments. If they have an objection to our client's renewed motion, they must file a written objection with the court and provide a courtesy copy of the objection to our office within fourteen (14) days of the date of this letter. In the event you received such an objection, we would request that your clerk schedule a hearing and provide notice to the appropriate parties. If no timely objection is received, we will file a proposed order granting our client's motion.

                                       Sincerely,
                                       Gray & Associates, L.L.P.

                                       Jay Pitner

JP/cw
Enclosures
cc:    Rebecca R. Garcia
        James L. Miller
        U.S. Trustee
        Adrian Jordan Montgomery
        Chauncey Syvoata Montgomery

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 10, 2020



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Adrian Jordan Montgomery fdba OrganizedWays,<br>LLC and Chauncey Syvoata Montgomery | Chapter: 13<br><br>Case No. 18-23813-beh |
| Debtors. | |

**ORDER PURSUANT TO HEARING UPON U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to the motion for relief from the automatic stay of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assignees (hereinafter "the movant") with respect to the property located at 4865 N 78th St, Milwaukee, WI 53218-3732, this matter was heard on December 10, 2019, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtors appearing through Miller & Miller Law, LLC, by Kaleb Zelazoski, and Jennifer Marchinowski appearing on behalf of the Chapter 13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is denied subject to the following terms of this order.

IT IS FURTHER ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of December 2019 in the amount of $5,510.97.

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

The arrearage is itemized as follows:

| | |
|---|---:|
| 7/1/19 through 7/1/19 | $864.93 |
| 1 mortgage payments @ $864.93 | |
| 8/1/19 through 12/1/19 | 4,433.25 |
| 5 mortgage payments @ $886.65 | |
| Credits / Suspense | (818.21) |
| Attorney Fees and Costs | <u>1,031.00</u> |
| TOTAL ARREARAGE | <u>$5,510.97</u> |

IT IS FURTHER ORDERED that commencing in January 2020 and continuing through and including June 2020, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature. This is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

IT IS FURTHER ORDERED that commencing in July 2020, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $886.65 and payments shall be made to the movant at Rushmore Loan Management Services LLC, P.O. Box 52708, Irvine, CA 92619-2708.

#####

Adrian Jordan Montgomery fdba OrganizedWays, LLC and Chauncey Syvoata Montgomery
Case No. 18-23813 beh
4865 N 78th St, Milwaukee, WI 53218-3732

Based on the regularly-maintained records of the mortgage servicer, the following is a summary of post-petition mortgage payments since the entry of the court's order dated January 10, 2020:

|  | Date Payment Due | Amount Due | Date Payment Received | Amount Received | Post-Petition Month Applied As | Suspense Balance |
|---|---|---|---|---|---|---|
| 1 |  |  | 1/14/2020 | $865.00 | Suspense | $865.00 |
| 2 | 1/1/2020 | $886.65 | 2/14/2020 | $886.65 | 1/1/2020 | $865.00 |
| 3 | 2/1/2020 | $886.65 | 3/16/2020 | $886.65 | 2/1/2020 | $865.00 |
| 4 | 3/1/2020 | $886.65 | 4/15/2020 | $886.65 | 3/1/2020 | $865.00 |
| 5 | 4/1/2020 | $886.65 | 5/15/2020 | $886.65 | 4/1/2020 | $865.00 |
| 6 |  |  | 6/15/2020 | $886.65 | NSF | $865.00 |
| 7 | 5/1/2020 | $886.65 | 6/23/2020 | $886.65 | 5/1/2020 | $865.00 |
| 8 | 6/1/2020 | $898.75 | 7/15/2020 | $886.65 | 6/1/2020 | $852.90 |
| 9 | 7/1/2020 | $898.75 | 8/28/2020 | $898.75 | 7/1/2020 | $852.90 |
| 10 | 8/1/2020 | $898.75 | 9/30/2020 | $898.75 | 8/1/2020 | $852.90 |
| 11 | 9/1/2020 | $898.75 | 11/13/2020 | $898.75 | 9/1/2020 | $852.90 |
| 12 | 10/1/2020 | $898.75 | 12/14/2020 | $898.75 | 10/1/2020 | $852.90 |
| 13 | 11/1/2020 | $898.75 | 1/14/2021 | $898.75 | 11/1/2020 | $852.90 |
| 14 | 12/1/2020 | $898.75 | 2/16/2021 | $898.75 | 12/1/2020 | $852.90 |
| 15 | 1/1/2021 | $898.75 | 316/2021 | $900.00 | 1/1/2021 | $854.15 |
| 16 | 2/1/2021 | $898.75 | 4/15/2021 | $898.75 | 2/1/2021 | $854.15 |
| 17 | 3/1/2021 | $898.75 | 5/14/2021 | $932.80 | 3/1/2021 | $888.20 |
| 18 | 4/1/2021 | $898.75 | 6/17/2021 | $898.75 | 4/1/2021 | $888.20 |
| 19 | 5/1/2021 | $932.80 | 7/16/2021 | $932.80 | 5/1/2021 | $888.20 |
| 20 | 6/1/2021 | $932.80 | 8/13/2021 | $932.80 | 6/1/2021 | $888.20 |
| 21 | 7/1/2021 | $932.80 | 9/15/2021 | $932.80 | 7/1/2021 | $888.20 |
| 22 | 8/1/2021 | $932.80 | 10/21/2021 | $932.80 | 8/1/2021 | $888.20 |
| 23 | 9/1/2021 | $932.80 | 11/19/2021 | $932.80 | 9/1/2021 | $888.20 |
| 24 | 10/1/2021 | $932.80 | 12/30/2021 | $932.80 | 10/1/2021 | $888.20 |
| 25 | 11/1/2021 | $932.80 | 1/28/2022 | $932.80 | 11/1/2021 | $888.20 |
| 26 | 12/1/2021 | $932.80 | 2/28/2022 | $932.80 | 12/1/2021 | $888.20 |
| 27 | 1/1/2022 | $932.80 | 4/11/2022 | $932.80 | 1/1/2022 | $888.20 |
| 28 | 2/1/2022 | $932.80 | 5/20/2022 | $932.80 | 2/1/2022 | $888.20 |
| 29 | 3/1/2022 | $932.80 | 6/30/2022 | $932.80 | 3/1/2022 | $888.20 |
| 30 | 4/1/2022 | $932.80 |  |  |  | $888.20 |
| 31 | 5/1/2022 | $919.36 |  |  |  | $888.20 |
| 32 | 6/1/2022 | $919.36 |  |  |  | $888.20 |
| 33 | 7/1/2022 | $919.36 |  |  |  | $888.20 |
| 34 | 8/1/2022 | $919.36 |  |  |  | $888.20 |
| 35 | 9/1/2022 | $919.36 |  |  |  | $888.20 |

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE  
Adrian Jordan Montgomery fdba OrganizedWays, LLC and Chauncey Syvoata Montgomery

Chapter: 13

Case No. 18-23813-beh

Debtors.

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, the renewed motion for relief was electronically filed in this case and served upon the following parties using the ECF system:

Rebecca R. Garcia Trustee

Eastern District U.S. Trustee

James L. Miller

I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

Adrian Jordan Montgomery  
4865 N 78th St  
Milwaukee, WI 53218-3732

Chauncey Syvoata Montgomery  
4865 N 78th St  
Milwaukee, WI 53218-3732

Dated this 7 day of September, 2022.

Carley Weigold, Trainer  
Gray & Associates, L.L.P.

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.