UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Adrian Jordan Montgomery fdba OrganizedWays,<br>LLC and Chauncey Syvoata Montgomery<br>Debtors. | Chapter: 13<br><br>Case No. 18-23813-beh |

**ORDER PURSUANT TO HEARING UPON U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR BRACKENRIDGE MORTGAGE TRUST'S RENEWED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to the renewed motion for relief from the automatic stay of U.S. Bank Trust National Association as trustee for Brackenridge Mortgage Trust, its successors and/or assignees (hereinafter "the movant") with respect to the property located at 4865 N 78th St, Milwaukee, WI 53218-3732, this matter was heard on October 4, 2022, the movant appearing through its counsel, Gray & Associates, L.L.P., by Christopher C. Drout, and the debtors appearing through Miller & Miller Law, LLC, by Jill Campo, and Chapter 13 trustee Rebecca R. Garcia also appearing and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the renewed motion is denied subject to the terms and conditions of this order.

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

IT IS FURTHER ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of September 2022 in the amount of $5,191.40. The arrearage is itemized as follows:

| | |
|---|---:|
| 4/1/22 through 4/1/22 | $932.80 |
| 1 mortgage payments @ $932.80 | |
| 5/1/22 through 9/1/22 | 4,596.80 |
| 5 mortgage payments @ $919.36 | |
| Credits / Suspense | (888.20) |
| Attorney Fees and Costs | <u>550.00</u> |
| TOTAL ARREARAGE | <u>$5,191.40</u> |

IT IS FURTHER ORDERED that commencing in October 2022 and continuing through and including June 2023, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature. This is a Doomsday Order under this Court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

IT IS FURTHER ORDERED that commencing in July 2023, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $919.36 and payments shall be made to the movant at Rushmore Loan Management Services LLC, P.O. Box 52708, Irvine, CA 92619-2708.

#####